UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORGE ANIBAL TORRES JR., et al.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>MONROE COUNTY CHILDREN AND YOUTH SERVICES, et al.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:14-CV-01063<br><br>(MANNION, D.J.)<br>(MEHALCHICK, M.J.) |

## ORDER

This action was initiated on June 3, 2014, when the Plaintiff filed his *pro se* complaint. (Doc. 1). An amended complaint was filed on July 10, 2014. (Doc. 5). A summons packet was issued to the Plaintiff that same day for service on the various defendants named in the amended complaint. (Doc. 7). A review of the docket reveals that no proof of service or signed waiver of service has been filed by the Plaintiff with respect to any of the Defendants. Nor has any of the Defendants entered an appearance in this action.

Accordingly, the Plaintiff is hereby **ORDERED** to **SHOW CAUSE** why this action should not be dismissed for failure to timely effect service upon the Defendants. *See generally* Fed. R. Civ. P. 4(m) (imposing 120-day time limit, subject to extension for good cause shown). The Plaintiff shall file his response to this Order within **twenty-one (21) days** of the date of this Order.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

Dated: December 3, 2014　　　　　　　　　　　　*s/ Karoline Mehalchick*
　　　　　　　　　　　　　　　　　　　　　　　　**KAROLINE MEHALCHICK**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**