# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JORGE ANIBAL TORRES, JR.,** : | |
| : | |
| **Plaintiff** | **CIVIL ACTION NO. 3:14-1063** |
| : | |
| **v.** | |
| : | **(MANNION, D.J.)** |
| | **(MEHALCHICK, M.J.)** |
| **MONROE COUNTY CHILDREN** : | |
| **and YOUTH SERVICES,** *et al.,* | |
| : | |
| **Defendants** | |
| : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the report and recommendation of Judge Mehalchick, (Doc. 9),is **ADOPTED IN FULL** and plaintiff's amended complaint, (Doc. 5), is **DISMISSED WITHOUT PREJUDICE**. The clerk of court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 23, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1063-01-Order.wpd